John M. McHugh (*pro hac vice*)
REILLY POZNER LLP
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Phone: (303) 893-6100
Fax: (303) 893-6110
jmchugh@rplaw.com
*Attorney for Plaintiff*
*Eversource Capital, LP*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eversource Capital, LP, an Idaho limited partnership<br><br>Plaintiff,<br>vs.<br><br>Douglas Elroy Fimrite, et al.<br><br>Defendants | Case No. 2:18-cv-02583-PHX-SMM<br><br>**DECLARATION OF JOHN M. MCHUGH IN SUPPORT OF EVERSOURCE CAPITAL, L.P. MOTION FOR SUMMARY JUDGMENT** |

I, John M. McHugh hereby declare pursuant to 28 U.S.C. § 1746:

1. I represent Eversource Capital, L.P. ("Capital") in this action and am familiar with the claims, disclosures, and pleadings alleged or provided by Plaintiff and Defendants. I make this declaration based on my own personal knowledge.

2. Attached as Exhibit 13 is a true and correct copy of documents provided to Plaintiff in response to a subpoena, including a Loan Agreement Defendant EFG America, LLC ("EFG") entered into with a third party on October 17, 2016.

3. Attached as Exhibit 14 is a true and correct copy of bank records produced by Defendant Niehaus Kalas Hinshaw Ltd. (F/N/A Niehaus Wise & Kalas) on December 9, 2019.

4. Attached as Exhibit 15 is a true and correct copy of certain Defendants' Revised First Supplemental Mandatory Initial Discovery Responses served on Plaintiff on November 5, 2019.

5. Attached as Exhibit 16 is a true and correct copy of documents produced by EFG, including an executed agreement between Ocean Sky along with non-parties LLFC Corporation and Le Groupe Delta S.A., and Synergy Corporation ("Synergy") dated October 6, 2015 (the "Synergy Agreement").

1

22051143

6. Attached as Exhibit 17 is a true and correct copy of an email produced by EFG dated February 17, 2016, from Defendant Douglas Elroy Fimrite ("Fimrite") on behalf of EFG, to non-party Mark Eddington of LLFC Corporation, CC'ing Ryan McHugh.

7. Attached as Exhibit 18 is a true and correct copy of documents produced by Plaintiff on November 9, 2018, including a letter from Synergy notifying LLFC Corporation and U.S. Bank entities of the termination of the Synergy Agreement and the complaint Synergy filed against those parties for claims related thereto.

8. Attached as Exhibit 19 is a true and correct copy of an email thread produced by Plaintiff on November 9, 2018, dated in early December 2016, between representatives of Plaintiff and LLFC Corporation.

9. Attached as Exhibit 20 is a true and correct copy of a letter of intent produced by EFG, dated April 15, 2016, wherein LLFC Corporation and Ocean Sky agreed to lease two aircraft to Yunnan Hongtu Airlines Co., Ltd.

10. Attached as Exhibit 21 is a true and correct copy of an agreement produced by EFG, dated July 25, 2016, between LLFC Corporation and Terra Master, Inc. wherein Terra Master, Inc. agreed to purchase up to four aircraft from LLFC Corporation.

11. Attached as Exhibit 22 is a true and correct copy of an email I received from counsel for Defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2019.

                                        */s/ John M. McHugh*

                                        John M. McHugh