# EXHIBIT 1

| | |
|---|---|
| **Message** | |
| **From**: | D Elroy Fimrite [efimrite@efglobal.com] |
| **Sent**: | 5/21/2015 12:27:13 AM |
| **To**: | 'Eversource' [rmchugh@eversourcegroup.com]; 'Val Holms' [val@northwestoperatingcorp.com] |
| **Subject**: | PPM |
| **Attachments**: | PPM_Amended (12-12-14) FINAL.pdf; EFG America-Royalty Unit Return Proforma-PPM Dec 2014.pdf; Subscription Agreement_Individual (FINAL-AMD).pdf |

Ryan and Val,

Thank you for your time today and for your interest in our project. I have attached the PPM and related documents per your request.

I got a flight from Missoula through Denver to Phoenix so am about to board.

Sorry I missed dinner, I am sure we shall share some future dinners.

Warm Regards,

Elroy