# EXHIBIT 3

**EFG America LLC PPM**
**Proforma Royalty ROI**

Company is marketing 100 Class "A" Royalty Participation units for $50,000 per unit with guarnateed minimum return of 25%

Company is marketing 200 Class "B" Royalty Participation units for $100,000 per unit with guarnateed minimum return of 12.5%

| | | Class A Unit: $50,000 | | | | | Class B Unit: $100,000 | | |
|---|---|---|---|---|---|---|---|---|---|
| Projected Return: | Year | Minimum | Projected | Projected Growth | ROI | Year | Minimum | Projected | Projected Growth | ROI |
| | | 25% | | | | | 12.50% | | | |
| Royalties Per Proforma | 1 | $ 12,500 | $ 12,500 | | 25.0% | 1 | $ 12,500 | $ 12,500 | | 12.5% |
| Royalties Per Proforma | 2 | 12,500 | 20,400 | 63% | 40.8% | 2 | 12,500 | 20,400 | 63% | 20.4% |
| Royalties Per Proforma | 3 | 12,500 | 33,265 | 63% | 66.5% | 3 | 12,500 | 33,265 | 63% | 33.3% |
| Royalties Per Proforma | 4 | 12,500 | 40,525 | 22% | 81.1% | 4 | 12,500 | 40,525 | 22% | 40.5% |
| Royalties Per Proforma | 5 | 12,500 | 52,600 | 30% | 105.2% | 5 | 12,500 | 52,600 | 30% | 52.6% |
| Projected Growth @ 15% | 6 | 12,500 | 60,490 | 15% | 121.0% | 6 | 12,500 | 60,490 | 15% | 60.5% |
| Projected Growth @ 15% | 7 | 12,500 | 69,564 | 15% | 139.1% | 7 | 12,500 | 69,564 | 15% | 69.6% |
| Projected Growth @ 15% | 8 | 12,500 | 79,998 | 15% | 160.0% | 8 | 12,500 | 79,998 | 15% | 80.0% |
| Projected Growth @ 15% | 9 | 12,500 | 91,998 | 15% | 184.0% | 9 | 12,500 | 91,998 | 15% | 92.0% |
| Projected Growth @ 15% | 10 | 12,500 | 105,797 | 15% | 211.6% | 10 | 12,500 | 105,797 | 15% | 105.8% |
| Projected Growth @ 15% | 11 | 12,500 | 121,667 | 15% | 243.3% | 11 | 12,500 | 121,667 | 15% | 121.7% |
| Projected Growth @ 15% | 12 | 12,500 | 139,917 | 15% | 279.8% | 12 | 12,500 | 139,917 | 15% | 139.9% |
| Projected Growth @ 15% | 13 | 12,500 | 160,905 | 15% | 321.8% | 13 | 12,500 | 160,905 | 15% | 160.9% |
| Projected Growth @ 15% | 14 | 12,500 | 185,040 | 15% | 370.1% | 14 | 12,500 | 185,040 | 15% | 185.0% |
| Projected Growth @ 15% | 15 | $ 12,500 | 212,796 | 15% | 425.6% | 15 | $ 12,500 | 212,796 | 15% | 212.8% |

**Terms and Conditions of Royalty Units:**
1. Royalty Unit holders are entitled to receive a royalty of 0.01% of all revenues earned by EFG America LLC on all North American business operations.
2. All company revenues will be assigned to a Revenue Trustee administered lock box bank account. The Trustee will accumulate and distribute monthly all royalties payable on revenue received by the company. Royalties shall be distributed by the Trustee by electronic transfer to the Royalty Unit Holders.
3. The Investor can exercise a put of their units to the company after five years; the terms of the put provide for a return of the unit purchase price plus a discounted net present value of an additional five years projected royalty income.
4. The Company can exercise a call of the investor units after ten years; the terms of the call provide for a return of the unit purchase price plus a discounted net present value of an additional five years projected royalty income.
5. The benefits of participation in the business being developed in this manner are as follows:
   a) The investor participates directly off the top of the revenue stream.
   b) The cash entitlement of the investor is extracted and distributed to the investor prior to the cash entering the company accounts.
   c) There is no dilution as the company grows and brings in additional capital; the more revenue the company generates through growth and expansion, the larger the return to the investor, always as the same percentage of the total revenue.
   d) The frugality or excess of expenditure/cost incurrance by management does not impact on the return of the investor.

   **e) The business (equity) owners are motivated to control costs and grow the business because the residual Net Income flows directly to the equity owners. The equity owners self interest is best served by managing well and growing the revenue, a goal which also best serves the investor.**

THE INFORMATION IN THESE PROJECTIONS CONTAINS "FORWARD-LOOKING STATEMENTS" CONCERNING EFG AMERICA, LLC AND ITS OPERATIONS, PERFORMANCE, FINANCIAL CONDITION AND LIKELIHOOD OF SUCCESS. THESE FORWARD-LOOKING STATEMENTS INVOLVE KNOWN AND UNKNOWN RISKS, UNCERTAINTIES AND OTHER FACTORS THAT COULD CAUSE ACTUAL RESULTS TO DIFFER MATERIALLY FROM THOSE ANTICIPATED IN THESE FORWARD-LOOKING STATEMENTS. THE PROJECTIONS HAVE NOT BEEN COMPILED BY AN INDEPENDENT CERTIFIED PUBLIC ACCOUNTANT; THE PROJECTIONS DO NOT COMPLY WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES; ASSUMPTIONS AND PROCEDURES USED IN THE PREPARATION OF SUCH PROJECTIONS WERE ESTABLISHED BY MANAGEMENT AND THEREFORE ARE NOT IN A COMPARATIVE FORM. PROSPECTIVE INVESTORS ARE CAUTIONED THAT FORECASTS OF THIS SORT MAY PROVE TO BE INACCURATE IN NUMEROUS, IF NOT ALL ASPECTS.

CAPITAL0005429