# EXHIBIT 5

Message

| | |
|---|---|
| **From**: | Don Carroll [dcarroll@efgamerica.com] |
| **Sent**: | 11/19/2015 7:51:42 PM |
| **To**: | 'Ryan McHugh' [rmchugh@mqgrp.com] |
| **CC**: | 'Mark Boyd' [mboyd@efgamerica.com] |
| **Subject**: | RE: Certificate A122 |
| **Attachments**: | Subscription Booklet_Entity_Sept 2014-Final.pdf |

Ryan,
Fill out the attached entity subscription agreement.
Return it back to us.
I will be calling you shortly.
Don

---

**From:** Ryan McHugh [mailto:rmchugh@mqgrp.com]
**Sent:** Wednesday, November 18, 2015 5:30 PM
**To:** Don Carroll (EFG)
**Subject:** Certificate A122

Don -

I want my Royalty Certificate issued to Eversource Capital LLC . . . let me know what paperwork you need from me.

Ryan