# EXHIBIT 7

**From:** Don Carroll <dcarroll@landc.com>
**Sent:** Thursday, February 11, 2016 6:30 PM
**To:** mc3@legendexpress.biz
**Cc:** Mark Boyd; Ryan McHugh; Vaughn
**Subject:** new certificates to print

Please print the following three "A" certificates to the following:
Please follow the formats of the previous units.

Please use issue date:   1 October 2015

Fat Kid LLC                          Cert #A002      FIVE and zero thousandths - (5 Series A Units)
11319 E. Stearn Ave.
Mesa, AZ 85212

Vaughn LaVerl Wilhelm         Cert #A114      FIVE and zero thousandths - (5 Series A Units)
1252 E. Birdland Dr.
Gilbert, AZ 85239

Eversource Capital LLC          Cert #A122      FIVE and zero thousandths - (5 Series A Units)
P.O. Box 554
Meridian, ID 83680

CAPITAL0004616