# EXHIBIT 9



**From:** D Elroy Fimrite [mailto:efimrite@efglobal.com]
**Sent:** Friday, June 3, 2016 1:16 PM
**To:** 'Ryan McHugh' <rmchugh@efgamerica.com>
**Subject:** RE: Edge Rubber / Bridge Terms

Ryan,
I confirm the terms are acceptable.
Elroy

**From:** Ryan McHugh [mailto:rmchugh@efgamerica.com]
**Sent:** Friday, June 3, 2016 1:13 PM
**To:** Elroy Fimrite (EFG) <efimrite@efglobal.com>
**Subject:** Edge Rubber / Bridge Terms

Elroy –

Please confirm the following terms are acceptable to you and EFG America for a $250,000.00 advance of funds to be utilized in an extension with EFG's due diligence of its approved purchase of Edge Rubber.

- Advance of $250,000.00 to the Niehaus Wise & Kalas Ltd IOLTA account, c/o Charles Niehaus, attorney for EFG America by end of business 6-3-2016
- Repayment to be made from the following commitments due EFG America
    o Elliot Crosby $100,000.00
    o Marvin John $50,000.00 to $100,000.00
    o Jay Hathcock $50,000.00
- If above investors do not materialize, EFG will repay with first available funds after the end of June 2016.
- Interest / Fees $60,000.00 cash plus one share of EFG Class A Royalty unit – face value $50,000.00
- Total Repayment $310,000.00 cash plus one EFG Class A Royalty Unit
- Investor will have 15 days after repayment to convert the $60,000 cash into one additional Class A Royalty Unit.

Regards,

Ryan McHugh

EFGLLC000474