# EXHIBIT 10



# Series A Royalty Unit Certificate

## EFG AMERICA LLC

**Certificate Number**

**---A151---**

**Issue Date**

**3 June 2016**

This Certifies That:  **Eversource Capital LP**
**PO Box 554**
**Meridian, ID  83680-0554**

is the owner of <u>ONE and zero thousandths</u> Series A Royalty Unit(s)  ( <u>1.000</u> Series A Units)
In the amount of **Fifty Thousand Dollars ($50,000.00)** Per Royalty Unit

The holder of this Royalty Certificate is entitled to the return on the Royalty Unit as more fully described and subject to the Royalty Agreement and Certificate to which the holder has been joined.  General terms are as follows:  The Series A Royalty Units have a 25% minimum annual return on the original investment amount and the right to receive a percentage of gross revenues of the Company.  Specifically, each Series A Royalty Unit shall receive the greater of the 25% minimum annual return or 0.01% of the revenue of the Company incurred in the ordinary course of business including revenue from all affiliates of the Company in North America. Each holder of a Royalty Unit shall have the right to put back to the Company the Royalty Unit after five years based on a purchase price equal to the initial investment plus the present value of five additional years of projected royalties. The Company has the right to call the Royalty Unit after 10 years based on a purchase price equal to the initial investment plus the present value of five additional years of projected royalties. The five year projection shall be based on the average growth rate of the three highest return years on the Royalty Unit.  This Certificate and its terms are subject to the terms of the Royalty Agreement and Certificate.

EFG America, LLC
President

EFG America Revenue Trust, LLC
President

**SERIES A**

EFG America LLC
Limited Liability Company
**SEAL**
DELAWARE # 5145819

CONFIDENTIAL