# EXHIBIT 11

# Eversource

| | |
|---|---|
| **From:** | D Elroy Fimrite <efimrite@efglobal.com> |
| **Sent:** | Friday, October 28, 2016 11:28 AM |
| **To:** | Eversource |
| **Cc:** | 'Don Carroll'; 'Mark Boyd' |
| **Subject:** | RE: Update Communication |

Ryan,

You have misread the intent and execution of my words and actions. The "first available funds" are exactly what I will send your way, but I cannot bring funds through the door based on applications/objectives represented to the source of the funds and then not apply them to the applications/objectives thus represented.

The original financing we thought we would achieve included funding to be applied to our debt to you, particularly the $50,000 and some of the $250k from June but when we lost the additional $250k we lost that plus funds for the added capacity. We are now trying to get the funding through the door for the added capacity AND some capital to pay down debt that is in arrears (you).

The $500 k removed obstacles to both our larger funding processes but also obstacles to the ability to get more royalty sales. We are working in a very tight community of investors and the moccasin telegraph is instantaneous.

We are distributing the (revised) update and account statements to investors today and will be pushing additional royalty sales through the process of explaining the account statements to current investors. The local immediate clutter that was preventing royalty sales from moving has been kicked down the road 6 months; we can now peel off funds to you as fast as we can get additional units sold (simultaneously funding the additional capacity of course.)

We are not in any position to satisfy your demand for payment today, but will do everything possible to satisfy it as soon and in any part that is possible.

You can believe or not believe in our business but you should hope that we continue to absolutely believe in it as if it does not progress then clearing up company obligations will be a much harder task and will take a much longer time.

Elroy

---

**From:** Eversource [mailto:rmchugh@eversourcegroup.com]
**Sent:** Thursday, October 27, 2016 12:29 PM
**To:** D Elroy Fimrite <efimrite@efglobal.com>
**Cc:** 'Don Carroll' <dcarroll@efgamerica.com>; 'Mark Boyd' <mboyd@efamerica.com>
**Subject:** RE: Update Communication

Elroy Fimrite -

I understand from your communication the following points:

- You did not honor our agreement that first available funds would be used to satisfy broken commitments to my investors

- You waited until after you had a chance to allocate the money received to communicate that you had new funds

1

CONFIDENTIAL
CAPITAL0000119

From your point 4a on page 3, my intention is to become short term clutter that will rapidly become problematic.

I expect payment of $155,000.00 by the close of business tomorrow, Friday, October 28, 2016. I've attached wiring instructions for the following transfer from EFG to Eversource Capital.

The transfer will cover the following advances so you could meet payroll obligations:

    $50,000.00 on December 2, 2015

    ~~$50,000.00 on December 2,~~ 2015

    $50,000.00 on June 10, 2016

    $5,000.00 interest payment on the June 10, 2016 advance.

**Total $155,000.00.**

I'm not looking for a story, I'm not looking to be sold on how great your opportunity is, . . . My focus is in getting funds back to my investors immediately.


Ryan McHugh


**From:** D Elroy Fimrite [mailto:efimrite@efglobal.com]
**Sent:** Thursday, October 27, 2016 2:14 AM
**To:** 'Ryan McHugh' <rmchugh@efgamerica.com>
**Cc:** 'Don Carroll' <dcarroll@efgamerica.com>; 'Mark Boyd' <mboyd@efgamerica.com>
**Subject:** Update Communication

Ryan,
To state the obvious, this has been a difficult year and I am sure nothing I can communicate will make it any better unless the words are accompanied by cash to resolve outstanding obligations. Notwithstanding that belief, I am writing to try to bridge the communication gap that has developed between us over the past few months and try to ensure that there is no confusion over our intention to resolve outstanding obligations and ensure, in time, that damages incurred are reasonably compensated.
The fastest and easiest path to that goal is through the completion of a major EFG financing, therefore:
1. The easiest path to a major EFG financing is through demonstration of the financial viability of the future of the company.
2. Financial viability is most easily demonstrated by obtaining significant sales to a substantial customer/marketplace of product produced and sold with a healthy margin.

We have had the basic necessary component of this available throughout our two-year development path; the substantial customer/marketplace in the form of Qingdao Niceway and Dong Ying tire have been and are now available to absorb substantial volumes of product. I am now in route to meet with and negotiate price, quantity and delivery terms. There is a substantial difference between now and when we initially signed Master Purchase Agreements with these two customers as follows:
1. Benefits of our material that we then projected have now been quantified and documented as follows:

CONFIDENTIAL CAPITAL0000120