# EXHIBIT 12

**From:** Eversource [mailto:rmchugh@eversourcegroup.com]
**Sent:** Friday, December 02, 2016 10:08 AM
**To:** Charles Niehaus
**Cc:** Candice McHugh (MB)
**Subject:** IOLTA Deposit Refund Instruction

Chuck –

Please refund the $250,000.00 deposited in your firms IOLTA account from Eversource Capital, LLC on June 3, 2016.

I have attached wiring instructions for your reference.

My expectation is to have this matter closed no later than close of business on Monday, December 5, 2016.


Regards,

Ryan McHugh