# EXHIBIT 14



**Signature Bank, N.A.**
4607 W. Sylvania Ave.
Toledo, Ohio 43623
(419) 841-7773

**STATEMENT**

Please send INQUIRIES to:
SIGNATURE BANK, N.A.
P.O. Box 900
Toledo, Ohio 43697-0900
(866) 208-7773

```
                                                Date 10/31/16            Page    1
1                                               PRIMARY ACCOUNT                 2016145
                                                CHK IMAGES ENCL

NIEHAUS WISE & KALAS LTD
IOLTA ACCOUNT
7150 GRANITE CIR STE 203
TOLEDO OH 43617
```

====================== A C C O U N T   R E L A T I O N S H I P S ======================

```
    ACCOUNT NUMBER    DESCRIPTION                                    BALANCE
        2016145       IOLTA/IOTA
```

========================= C H E C K I N G   A C C O U N T S =========================

```
IOLTA/IOTA                                                                          0
ACCOUNT NUMBER                    2016145      Statement Dates  10/03/16 thru 10/31/16
PREVIOUS BALANCE                               DAYS IN THE STATEMENT PERIOD       29
    2 DEPOSITS/CREDITS                         AVERAGE LEDGER
    5 CHECKS/DEBITS                            AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
CURRENT BALANCE                                2016 Interest Paid
```

                         DEPOSITS AND OTHER CREDITS
```
DATE      DESCRIPTION                                          AMOUNT
10/03
10/18     Wire Transfer Credit                             500,000.00
          ASK 2000 LLC
          AN ARIZONA LTD LIABILITY CO
          2153 E COCONINO PLACE
          CHANDLER AZ 85249-5495
          FBO: STEVEN AND LISA EDDY
                                 2389
                                 1498
                         FT03
10/31
```



                         WITHDRAWALS AND OTHER DEBITS
```
DATE      DESCRIPTION                                          AMOUNT
10/18     Wire Transfer Debit                              200,000.00-
          D & H SOPHIE BROWN LLC
          111000614
          190091717
          JPMCHASE TEXAS
          20161018D1HS00B 000009
10/18     Transf to Business Checking                      250,000.00-
          NWK Fees
```

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

NWK000068



```
                                              Date 10/31/16          Page      2
                                              PRIMARY ACCOUNT                2016145
                                              CHK IMAGES ENCL
```

NIEHAUS WISE & KALAS LTD
IOLTA ACCOUNT
7150 GRANITE CIR STE 203
TOLEDO OH 43617


IOLTA/IOTA                                   2016145   (Continued)

                    WITHDRAWALS AND OTHER DEBITS
 DATE    DESCRIPTION                                          AMOUNT
         Confirmation number 1018160109
 10/19   Wire Transfer Debit                                  50,000.00-
         D & H SOPHIE BROWN LLC
         111000614
         190091717
         7145 READING RD, ST. 914
         713-548-4753
         ROSENBERG TX 77471
         JPMCHASE TEXAS
         20161019D1HS00B 000013
 10/28   ███████████████████████████████████████████
 10/31   ███████████████████████████████████████████

                    SUMMARY OF DAILY BALANCES
 DATE     BALANCE       DATE     BALANCE       DATE     BALANCE
 10/03    ██████       10/19    ██████        10/31    ██████
 10/18    ██████       10/28    ██████

NWK000069

| CHECKS OUTSTANDING ||||
|---|---|---|---|
| \multicolumn{4}{c}{CHECKS WRITTEN BUT NOT SHOWN ON THIS STATEMENT} ||||
| CHECK NO. | AMOUNT | CHECK NO. | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL | $ |  |

| | |
|---|---|
| BANK BALANCE SHOWN ON THIS STATEMENT | $ |
| ADD+ DEPOSITS AND OTHER AMOUNTS NOT CREDITED IN THIS STATEMENT (IF ANY) | $ $ $ |
| TOTAL | $ |
| SUBTRACT- CHECKS OUTSTANDING | $ |
| BALANCE★ | $ |

★ SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT

## DEPOSIT ACCOUNT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please call or write us at the phone number or address on the front side of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain, as clearly as you can, why you believe it is in error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more that ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

### LINE OF CREDIT INFORMATION

(Disregard if you do not have a Line of Credit)

#### How Finance Charges are Computed

DAILY BALANCE METHOD (including current transactions).
To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us the daily balance. Then, we multiply the daily balance each day of the statement period (excluding the last statement date but including the current statement date) by the appropriate daily periodic rates. We then add up all of these daily finance charges to get your total finance charge. Daily periodic rates may vary.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, send your inquiry in writing, on a separate sheet, to the address shown on your statement as soon as possible. We must hear from you no later than 60 days after the bill was mailed to you. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1) Your name and account number.
2) The dollar amount of the suspected error, and
3) A description of the error and why (to the extent you can explain) you believe it is in error. If you need more information, describe the item you are unsure about.

If you have authorized the Bank to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that the Bank receives it three (3) business days before the payment is scheduled to occur.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Bank is resolving the dispute. During that same time, the Bank may not take action to collect disputed amounts or report disputed amounts as delinquent.

NWK000070