# EXHIBIT 16

# LLFC CORPORATION

October 6, 2015

Germán Efromovich
CEO
SYNERGY AEROSPACE CORP.
São Paulo, Brazil

Re:    Purchase of Three (3) New A320-214 Aircraft

Dear Mr. Efromovich:

The undersigned LLFC CORPORATION together with LE GROUPE DELTA S.A. and OCEAN SKY FINANCE LIMITED, hereby offers to purchase three (3) new Airbus A320-214 bearing manufacturer's serial numbers 6813, 6896, and 6876, subject to the general terms and conditions set forth in the "Summary of Purchase Terms and Conditions" transmitted herewith (the "Summary of Terms"), the terms of which are incorporated herein by reference. Defined terms used herein are used with the meaning assigned to such terms in the Summary of Terms.

If you find this proposal acceptable (the "Offer"), kindly execute the enclosed copy of this Offer in the space provided, initial each page of the Summary of Terms, and return the same by email and overnight courier to LLFC Corporation at the address referenced below. If a copy of this Offer is not received on or before October 7, 2015 (or such other date as the undersigned shall agree in writing) (the "Expiry Date"), this Offer shall terminate and be of no further force or effect whatsoever.

If we receive a copy of this Offer executed by Seller prior to the Expiry Date, each of us agree to negotiate in good faith with a view to conclude Sale Documentation on or prior to November 10, 2015 or such other later date as the parties shall agree in writing (the "Documentation Deadline").

If this sale and purchase has not been executed on or prior to the Documentation Deadline, the obligations of the parties hereunder and under the Summary of Terms (except those which by their terms survive such termination) shall terminate.

The terms and conditions of this offer and the Summary of Terms will be subject to both the Buyer's and Seller's Board approvals.

870 Research Drive, Suite #2, Palm Springs, CA 92262   Tel: 760-325-0067   Fax: 760-325-0433

Looking forward to your acceptance of this offer and to proceeding to closing on this offer forthwith.

Sincerely,

LLFC CORPORATION

By: _____
W.M. Eddington
President

LE GROUPE DELTA, S.A.

By: _____
Juan M. Cabrera-Cabrera
Director

OCEAN SKY FINANCE LIMITED

By: _____
D. Elroy Fimrite
Chairman

THE UNDERSIGNED, FOR AND ON BEHALF OF THE SELLER OF SUCH AIRCRAFT, HEREBY ACCEPTS THIS OFFER AS OF THIS 6th DAY OF October 2015.

SYNERGY AEROSPACE CORP.

By: _____
Name: Germon Ehromovich
Title: Officer

## SUMMARY OF PURCHASE TERMS AND CONDITIONS

The undersigned parties hereby agree to the sale and purchase of the herein described Aircraft subject to the following general terms and conditions:

**SELLER:** SYNERGY AEROSPACE CORP, or its nominee.

**BUYER:** LLFC CORPORATION, or its nominee, together with LE GROUPE DELTA, S.A. and with support from OCEAN SKY FINANCE LIMITED.

**AIRCRAFT:** Three (3) new Airbus A320-214 aircraft, each equipped with a full complement of CFM56-5B4/3 engines, bearing manufacturer's serial numbers 6813, 6896, and 6876, and described further in the specification attached hereto as Exhibit "A" and as per the complete equipment list issued under the Seller's purchase contract with the manufacturer.

**DELIVERY CONDITION:** It is understood that the Aircraft will be sold "As-Is, Where-Is" with a valid certificate of airworthiness and delivered new at the manufacturer's facility.

**SALE PRICE:** Buyer shall pay Seller for the aircraft US$47,000,000.00 (UNITED STATES DOLLARS FORTY-SEVEN MILLION) cash per aircraft.

**DEPOSIT:** Buyer shall cause to be established an escrow account with the escrow agent mentioned below and shall transfer to it a refundable deposit equal to TEN PERCENT (10%) of the purchase price in three installments as follows:

  a. US$500,000 per aircraft payable within five (5) business days from acceptance and signing of this Offer and Summary of Terms and Conditions. This portion of the deposit shall be non-refundable if Buyer fails to fulfill the obligations to provide the deposits described in b. and c. below.
  b. FIVE PERCENT (5.0%) of the Purchase Price within twenty (20) business days from payment of the previous deposit installment.
  c. The remaining portion of the Deposit within twenty-five (25) business days from payment of the initial deposit installment.

The deposits described in b. and c. above, shall become non-refundable upon (i) Buyer's signature of the technical acceptance certificate for the Aircraft, (ii) Buyer's approval of official delivery date, and (iii) Buyer's signature of an acceptable Sale and Purchase Agreement. Upon receipt of

870 Research Drive, Suite #2, Palm Springs, CA 92262  Tel: 760-325-0067  Fax: 760-325-0433

EFGLLC000356

|  |  |
|---|---|
|  | the first installment of the Deposit in escrow the Aircraft shall be removed from market. The 10% deposit described herein shall credited against the Purchase Price. |
| ESCROW: | Parties shall agree upon an acceptable USA-based escrow agent regarding the payment of the deposit ("the Escrow Agent"). Parties and the Escrow Agent will sign an escrow agreement in which the specifics of the escrow will be agreed upon. Buyer will be responsible for all escrow fees. |
| OTHER PAYMENT TERMS: | Upon delivery of an acceptable Bill of Sale to buyer, payment of the remaining of the Purchase Price shall be made directly into Seller's bank account. All payments shall be made by wire transfer of immediately available funds to Seller's bank account. |
| DELIVERY DATE: | December 15, 2015, or such other date(s) as may be agreed in writing by the parties. |
| DELIVERY SITE: | A tax efficient location to be mutually agreed by the parties. |
| WARRANTIES: | Seller shall assign and transfer to the Buyer a full manufacturers' or major repair agency warranties available to itself which can be transferable at the time of delivery, and will assist the latter in exercising the same. |
| TECHNICAL INSPECTION: | Within a reasonable period of time, Seller shall tender the Aircraft for inspection at a suitable facility at the aircraft's current location. Following the inspection, Buyer may accept or reject the Aircraft for airworthiness discrepancies or material damage to the Aircraft, or other such discrepancies in the physical condition of the Aircraft or records that the Buyer and its customer deem unacceptable. Provided no such discrepancies exist, Buyer will deliver to Seller a written acceptance of the Aircraft, at which time Buyer will be deemed to have accepted the technical condition of the Aircraft. |
| TRANSFER OF TITLE: | Free and clear title will pass from Seller to Buyer on the Delivery Date. |
| SELLER'S WARRANTIES & REPRESENTATIONS: | Seller warrants and represents the following: |

|  |  |
|---|---|
| | a. The Aircraft when delivered to Buyer shall be Airworthy and shall have a valid airworthiness certificate issued by a governmental authority having jurisdiction over the Aircraft. |
| | b. The Aircraft shall be compliant with all Airworthiness Directives and manufacturer's service bulletins issued by any governmental authority having jurisdiction over the Aircraft at the time of delivery by Airbus to Seller. |
| CONDITIONS PRECEDENT: | |
| | a. Satisfactory inspection of the Aircraft by Buyer. |
| | b. Entering into mutually satisfactory sale and other supporting documentation no later than November 10, 2015. |
| | c. Approval of the sale by Buyer's and Seller's Board of Directors. |
| TRANSACTION COSTS: | Each party shall be responsible for its own expenses, including technical and legal expenses. Notwithstanding, Buyer will be responsible for escrow fees. |
| TAXES: | Each party shall be responsible for all taxes imposed on them by the government authorities of the country of their incorporation or the country of delivery location in accordance with the corresponding applicable laws. Seller shall only be responsible for any income tax due on the sale of the aircraft or other taxes imposed by the government authorities of Seller's country of incorporation.<br><br>Parties will choose a delivery location that will minimize any taxes. |
| SALE DOCUMENTS: | Seller shall provide draft Sale/Purchase documentation ("Sales Documentation") consistent with the terms of this Offer and Summary of Terms and Conditions and containing such other terms and conditions as are customary in transactions of the type contemplated hereby and mutually satisfactory to the parties. The Sale Documentation shall be governed by the laws of New York and shall include provisions standard for the sale of similar aircraft. |
| EXPIRATION: | These terms and conditions shall expire on October 7, 2015 unless accepted by Seller in writing prior to that date. |

EXHIBIT A - AIRCRAFT SPECS

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 1 of 8 |

| EFFECTIVITY | | | | REFERENCES |
|---|---|---|---|---|
| ☑ A/C | FLEET: | A320-214 | | AIR - Airbus |
| ☐ Engines | Reg. / Serial No.: | | | |
| ☐ Units | | | | |

**REASON**

| DATOS AERONAVE / AIRCRAFT DATA | |
|---|---|
| Matricula / Register | |
| Fabricante / Manufacture | Airbus |
| Modelo / Model | A320-214 |
| No. SERIE / Serial Number | |
| No. SERIE Flota / Fleet Serial Number | FSN 002 |
| Weight Variant | 017 |
| Fecha de Fabricación / Manufacture Date | |
| Horas Totales / Total Hours | 00:00 |
| Ciclos Totales / Total Clycles | 0000 |
| SELCAL Code | GM-EH |
| SSR ModeS | 11100100100011111 0111101 |

| MOTORES / ENGINE | |
|---|---|
| CFM56-5B4/3 | |
| Post 1. (Izquierdo / Left) | |
| Post 2. (Derecho / Right) | |
| APU | |
| APU Model APIC 3200 | P/N 4500001C |

| Trenes de Aterrizaje / Landing Gear | |
|---|---|
| Main landing gear LH | P/N 201581001 |
| Main landing gear RH | P/N 201581002 |
| Nose landing gear | P/N NA28008-015 |

| FLUIDOS / FLUID | |
|---|---|
| APU | Mobil Jet II |
| Starter | Mobil Jet II |
| Sistemas Hidráulicos / HydraulicSystem | HYJET IV PLUS |
| Amortiguadores de trenes / Landing Gear Shock Absorber | AS PER MANUAL |

| NAVEGACIÓN / NAVIGATION | | |
|---|---|---|
| Equipo / Equipment | Fabricante / Manufacture | Parte número / Part number |
| HF # 1 | Rockwell Collins | 822-0990-003 |

870 Research Drive, Suite #2, Palm Springs, CA 92262   Tel: 760-325-0067   Fax: 760-325-0433

EFGLLC000359

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 2 of 8 |
| ADF # 1 | Honeywell | 066-50014-1202 | |
| VHF # 1 / VHF # 2 / VHF # 3 | Honeywell | 965-1696-051 | |
| VOR # 1 / VOR # 2 | Honeywell | 066-50012-1212 | |
| DME# 1 / DME # 2 | Honeywell | 066-50013-1222 | |
| RADAR # 1 / RADAR # 2 | Rockwell Collins | 822-1710-213 | |
| MMR # 1 / MMR # 2 | Rockwell Collins | 822-1821-430 | |
| TCAS | Honeywell | 940-0351-001 | |
| EGPWS / TAWS | Honeywell | 965-1676-002 | |
| FDR | L3 | 2100-4045-00 | |
| CVR | L3 | 2100-1026-02 | |

Nota: Para efecto de intercambiabilidad de componentes de navegación es necesario referirse al manual aplicable para cada tipo de avión.
Note: For purposes of navigation interchangeability of components is necessary to refer to the applicable manual for each aircraft type.

**MISCELANEOUS**

| | |
|---|---|
| MAXIMUM TAKEOFF GROSS WEIGHT (MTOW) | 78.000 kg (171.961 lb) |
| AIRCRAFT LENGTH | 37.57 m (123.26 ft) |
| AIRCRAFT HEIGHT | FWD CG 17% 11.98 m (39.30 ft) AFT CG 36.8% 11.83 m (38.81 ft) |
| AIRCRAFT WING SPAN | 35.80 m (117.45 ft) |
| CREW SEATS | 4 Cockpit (including crew) |
| CARGO HOLDS CAPACITY | |
| Forward Cargo Compartment | 3.402 kg (7.500 lb) |
| Aft Cargo Compartment | 4.536 kg (10.000 lb) |
| Aft Cargo Compartment (bulk cargo) | 1.497 kg (3.300 lb) |
| CARGO HOLDS VOLUME - USABLE | |
| Forward Cargo Compartment | 13.28 m³ (469 ft³) |
| Aft Cargo Compartment | 18.26 m³ (645 ft³) |
| Aft Cargo Compartment (bulk cargo) | 5.88 m³ (208 ft³) |

NOTA: El anterior documento es de referencia; para información especifica refiérase a los manuales oficiales del avión.
NOTE: The above document is a reference, for specific information refers to the official manuals of the aircraft.

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 3 of 8 |

**IFE**

IFE Vendor: Panasonic
System: Panasonic eX1
System Configuration:
- In-Seat Audio
- In-Seat Video (Backrest)
  - ECO monitor V1
  - Touchscreen
  - Ratio: 16:9
  - Size: 9"
- In-Seat Telephone
- In-Arm Video Display Unit (Row 1)
  - ECO monitor V1
  - Touchscreen
  - Ratio: 16:9
  - Size: 9"
- USB Port included in Monitor
- PED Power Outlet
  - Under seat cushion between seats
  - Compliance with Brazilian Standard 10A