# EXHIBIT 17



**From:** D Elroy Fimrite <efimrite@efglobal.com>
**Sent:** Wednesday, February 17, 2016 11:47 AM
**To:** 'Mark Eddington' <markeddington@laserlinelease.com>
**Cc:** 'Ryan McHugh' <rmchugh@efgamerica.com>
**Subject:** Deposit in Escrow

Mark,
Further to our conversation, I understand that we are close to finalizing a letter of intent with our customer and the establishment of a new escrow account that will be funded from their deposit. Upon the release of our current deposit, please accept this as my authority to pay out these funds to or at the written direction of Ryan McHugh. These funds were advanced to EF Global Corporation pursuant to an intended loan/investment structure in EFG America LLC Class A Royalty Units; that proposed structure has been disrupted and will require restructuring. I anticipate, and hope, that we will be able to restructure the investment on mutually acceptable terms; however, we will do so with the intended investment funds in the hands of the potential investors.

Please confirm your receipt of this direction to pay; I/we acknowledge that the direction can only be executed if indeed the transaction closes as anticipated.

Warm Regards,
Elroy