# EXHIBIT 19

**From:**    McHugh Bromley
**Sent:**    Friday, December 09, 2016 10:07 AM
**To:**    Jeffrey L. Cottrell
**Subject:**    Re: Eversource Capital

I was out of the office all day yesterday and am put at least until 2 pm today. Will get you the information.

Please provide me the documents that show that Synergy prevailed and that required a release of the funds from escrow.

I will be in touch.

Candice M. McHugh


On Dec 8, 2016, at 3:03 PM, Jeffrey L. Cottrell <cottrell.law@gmail.com> wrote:
Ms McHugh:

Your investigative process must be flawed or have lead you in the wrong direction.  I have attached a copy of the complaint filed by Synergy against US Bank (the escrow agent) and LLFC.  This should help you understand the transaction.

Secondly, the money was placed directly into the escrow and NEVER touched LLFC's accounts either before the deposit into escrow or after the funds were released by the escrow agent to Synergy.  LLFC was unaware of the relationship between your client and Mr. Fimrite of Ocean Sky Finance, LLC and did not find out until later that the money was coming from your client.  I do not have the exact date the funds were released to Synergy by the escrow agent but I believe it was in August.

As to your quote from my email to you of February 2016, at the time that email was sent the parties (LLFC and Ocean Sky Finance and Le Groupe Delta) believed that an arrangement could be worked with Synergy to either (i) release the funds which to the company responsible for placing those funds in escrow or (ii) extending the time in which additional funds for the purchase of the aircraft could b arranged.

Finally, just to be clear, I do not represent Ocean Sky Finance nor any of its officers, directors, members or agents. If they perpetuated a fraud on your client it was their doing and not LLFC.  LLFC never had control over the money that was placed into the escrow and therefore never used it as you have implied for other purposes.  Please provide me with copies of the signed documents (loan agreements, notes, securities offerings etc.) utilized to obtain the funds from your client for this project.

Regards,

Jeffrey L. Cottrell

On Wed, Dec 7, 2016 at 4:55 PM, Candice McHugh
<cmchugh@mchughbromley.com> wrote:
Mr. Cottrell,

After some additional investigation, I don't believe that Synergy actually filed any

action and I suspect that your father-in-law, Mr. Eddington, your son Devon or others associated with LLFC and/or Mr. Fimrite took the $800,000 and used it for an unauthorized purpose.  If Synergy in fact filed a lawsuit or some other action, please provide that information to me immediately. I would also like to speak to the escrow agent who was instructed to release the $800,000.

In the meantime, I will continue my investigation into what happened with the $800,000, including fraud upon my client, conversion of my client's funds and banking fraud or irregularities.

In addition by an email on February 17, 2016, you indicated that you would provide me specific information on when the "transaction will close" so that my client's $800,000 could be returned to him as instructed by Mr. Fimrite to your client.  You understood that the deposit was not your clients and was to be paid back to my client.  At the very least you knew that the source and ownership of the funds was in dispute.  If you represented to Synergy that the money was in fact something you had authority to agree to release to them, then you did this with the full understanding that that was not true.

Please provide me with the date that the $800,000 was allegedly released to Synergy and by what means (wire, check etc) and pursuant to what authority (court order or settlement) along with the substantiating documentation.  Also provide me with the name of the escrow agent.

I will be in touch.

Candice M. McHugh

<image002.png>
380 S. 4th, Ste. 103
Boise, ID  83702
(208) 287-0991 – office
(208) 287-0864 – facsimile
cmchugh@mchughbromley.com
http://www.mchughbromley.com
Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

From: C McHugh [mailto:cmchugh@mchughbromley.com]
Sent: Tuesday, December 06, 2016 9:40 PM
To: Jeffrey L. Cottrell <cottrell.law@gmail.com>
Subject: Re: Eversource Capital

Would you please provide me with the date that the funds were remitted to Synergy and the pleadings of the lawsuit or case number?

Thanks

Candice

CONFIDENTIAL

On Tue, Dec 6, 2016 at 3:36 PM, Jeffrey L. Cottrell <cottrell.law@gmail.com> wrote:
Ms. McHugh:

I am in receipt of a copy of an email recently sent by Ryan McHugh to Mark Eddington of LLFC Corporation threatening suit if the $800,000 "advanced by Eversource Capital LLC" is not refunded by end of business today.  The threats even extended to involving "every state and federal agency" until his investors have a satisfactory solution.  Mr. McHugh needs to be very careful when threatening LLFC or its officers and employees and needs to get his facts straight.  Neither LLFC nor any of its officers or employees has any responsibility or obligation or owes any duty to any of Eversource's investors with regard to this money.

Please refer to my email to you of February 17, 2016 in which I stated that LLFC (or any of its employees) did not have any agreement, oral or written, with Eversource regarding any money.  Subsequent to my email, Synergy filed an action to terminate the escrow for failure to timely perform the terms of the letter of intent for the purchase of the aircraft, specifically the failure to complete the initial $1,500,000 deposit on the purchase of the aircraft.  This initial deposit was to be provided by Mr. Elroy Fimrite's company and failure to provide the full deposit resulted in the actions taken by Synergy.  Synergy prevailed in their suit and the escrowed funds were remitted by the escrow agent to Synergy as damages.  Therefore the aircraft was never purchased, the proposed lease of the aircraft never came to fruition and it further resulted in LLFC becoming insolvent and subsequently dissolving.

If you would like to discuss this matter further please reply to this email.

Regards,

Jeffrey L. Cottrell, Esq.
222 North Mountain Avenue #107
Upland, CA 91786
Tel: (909) 931-7868
Fax (909) 931-7855




--
Jeffrey L. Cottrell, Esq.
222 North Mountain Avenue #107
Upland, CA 91786
Tel: (909) 931-7868
Fax (909) 931-7855
<SynergyFiling (1).pdf>

CONFIDENTIAL