# EXHIBIT 21

# LLFC CORPORATION

July 25, 2016

William F. Stephens
Managing Director
TERRA MASTER INC.
3318 Highway 365 #233
Nederlands, Texas 77627

Re:   Sale of New A320-214 Aircraft

Dear Sir:

The undersigned LLFC CORPORATION offers to sell up to four (4) new Airbus A320-214 subject to the general terms and conditions set forth in the "Summary of Sale Terms and Conditions" transmitted herewith (the "Summary of Terms"), the terms of which are incorporated herein by reference. Defined terms used herein are used with the meaning assigned to such terms in the Summary of Terms.

If you find this proposal acceptable (the "Offer"), kindly execute the enclosed copy of this Offer in the space provided, initial each page of the Summary of Terms, and return the same by email and overnight courier to LLFC Corporation at the address referenced below. If a copy of this Offer is not received on or August 15, 2016 (or such other date as the undersigned shall agree in writing) (the "Expiry Date"), this Offer shall terminate and be of no further force or effect whatsoever.

If we receive a copy of this Offer executed by Seller prior to the Expiry Date, each of us agree to negotiate in good faith with a view to conclude Sale Documentation on or prior to August 30, 2016 or such other later date as the parties shall agree in writing (the "Documentation Deadline").

If this sale and purchase has not been executed on or prior to the Documentation Deadline, the obligations of the parties hereunder and under the Summary of Terms (except those which by their terms survive such termination) shall terminate.

The terms and conditions of this offer and the Summary of Terms will be subject to both the Buyer's and Seller's Board approvals.



870 Research Drive, Suite #2, Palm Springs, CA 92262   Tel: 760-325-0067   Fax: 760-325-0433

EFGLLC000254

Looking forward to your acceptance of this offer and to proceeding to closing on this offer forthwith.

Sincerely,

LLFC CORPORATION

By: _____
W.M. Eddington
President


THE UNDERSIGNED, FOR AND ON BEHALF OF THE BUYER OF SUCH AIRCRAFT, HEREBY ACCEPTS THIS OFFER AS OF THIS 25 DAY OF July 2016.

TERRA MASTER INC.

By: _____

Name: Willaim F Stephens

Title: Managing Director

## SUMMARY OF SALE TERMS AND CONDITIONS

The undersigned parties hereby agree to the sale and purchase of the herein described Aircraft subject to the following general terms and conditions:

**BUYER:** TERRA MASTER INC.

**SELLER:** LLFC CORPORATION, or its nominee.

**AIRCRAFT:** Two (2) new Airbus A320-214 aircraft, each equipped with a full complement of CFM56-5B4/3 engines and described further in the specification attached hereto as Exhibit "A." Seller will disclose to Buyer the manufacturer serial numbers on acceptance of this offer and receipt of the deposit described below.

**ADDITIONAL AIRCRAFT:** Seller may offer to sell Buyer two (2) additional new Airbus A320-214 aircraft, also equipped with a full complement of CFM56-5B4/3 engines on the same sale terms and conditions described herein. Specs and delivery dates for the additional aircraft will be confirmed separately by Seller.

**DELIVERY CONDITION:** It is understood that the Aircraft will be sold "As-Is, Where-Is" with a valid certificate of airworthiness and delivered new.

**SALE PRICE:** Buyer shall pay Seller for the aircraft US$58,000,000.00 (UNITED STATES DOLLARS FIFTY-EIGHT MILLION) cash per aircraft.

**DEPOSIT:** Buyer shall cause to be established an escrow account with the escrow agent mentioned below and shall transfer to it a deposit equal to TEN PERCENT (10%) of the total Purchase Price payable within three (3) business days from acceptance and signing of this Offer and Summary of Terms and Conditions.

Up to US$25,000 per aircraft of this deposit shall be nonrefundable and shall be retained by Seller as an initial processing fee if the transaction fails to proceed for any reason. Should the actual pre-sale commencement expenses incurred by Seller exceed such initial expense fee, Buyer shall immediately upon request of Lessor pay the difference.

The deposit described above, shall otherwise be refundable (less any expenses incurred by Seller in connection with this transaction described above), and shall become non-refundable upon Buyer's signature of a Sale

and Purchase Agreement for the Aircraft or Buyer's signature of a Technical Acceptance Certificate for the Aircraft, whichever occurs first. Upon receipt of the Deposit in escrow the Aircraft shall be removed from market. The 10% deposit described herein shall be credited against the Purchase Price.

**ESCROW:** Parties shall agree upon an acceptable USA-based escrow agent regarding the payment of the deposit ("the Escrow Agent"). Parties and the Escrow Agent will sign an escrow agreement in which the specifics of the escrow will be agreed upon. Buyer will be responsible for all escrow fees.

**OTHER PAYMENT TERMS:** Payment of the Purchase Price shall be made directly into Seller's bank account. Concurrent with the receipt of such payment and the receipt by Buyer of the Deposit from the escrow account, Seller shall deliver to Buyer an acceptable Bill of Sale. All payments shall be made by wire transfer of immediately available funds to Seller's bank account.

**DELIVERY DATE:** Up to forty-five (45) days from completion of sales documentation, or such other date(s) as may be agreed in writing by the parties.

**DELIVERY SITE:** In Teruel, Spain, or another tax efficient location mutually agreed upon by the parties.

**WARRANTIES:** Seller shall assign and transfer to the Buyer a full manufacturers' or major repair agency warranties available to itself which can be transferable at the time of delivery, and will assist the latter in exercising the same.

**TRANSFER OF TITLE:** Free and clear title will pass from Seller to Buyer on the Delivery Date.

**SELLER'S WARRANTIES & REPRESENTATIONS:** Seller warrants and represents the following:

a. The Aircraft when delivered to Buyer shall be Airworthy and shall have a valid airworthiness certificate issued by a governmental authority having jurisdiction over the Aircraft.

b. The Aircraft shall be compliant with all Airworthiness Directives and manufacturer's service bulletins issued by any governmental authority having jurisdiction over the Aircraft at the time of delivery by Airbus to Seller.

**CONDITIONS PRECEDENT:**

a. Entering into mutually satisfactory sale and other supporting documentation no later than August 1, 2016.

b. Approval of the sale by Buyer's and Seller's Board of Directors.

c. Availability of the Aircraft.

**TRANSACTION COSTS:**

Each party shall be responsible for its own expenses, including technical and legal expenses. Notwithstanding, Buyer will be responsible for escrow fees.

**TAXES:**

Each party shall be responsible for all taxes imposed on them by the government authorities of the country of their incorporation or the country of delivery location in accordance with the corresponding applicable laws.

Parties will choose a delivery location that will minimize any taxes.

**SALE DOCUMENTS:**

Seller shall provide draft Sale/Purchase documentation ("Sales Documentation") consistent with the terms of this Offer and Summary of Terms and Conditions and containing such other terms and conditions as are customary in transactions of the type contemplated hereby and mutually satisfactory to the parties. The Sale Documentation shall be governed by the laws of the State of California and shall include provisions standard for the sale of similar aircraft.

**EXPIRATION:**

These terms and conditions shall expire on July 30, 2016 unless accepted by Seller in writing prior to that date.

## EXHIBIT A - AIRCRAFT SPECS

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 1 of 8 |

| EFFECTIVITY | | REFERENCES |
|---|---|---|
| ☑ A/C  FLEET: | A320-214 | |
| ☐ Engines | | AIR - |
| ☐ Units  Reg. / Serial No.: | | |

**REASON**

### DATOS AERONAVE / AIRCRAFT DATA

| | |
|---|---|
| Matricula / Register | |
| Fabricante / Manufacture | Airbus |
| Modelo / Model | A320- |
| No. SERIE / Serial Number | |
| No. SERIE Flota / Fleet Serial Number | FSN 002 |
| Weight Variant | 017 |
| Fecha de Fabricación / Manufacture Date | |
| Horas Totales / Total Hours | 00:00 |
| Ciclos Totales / Total Clycles | 0000 |
| SELCAL Code | GM-EH |
| SSR ModeS | 111001001000111110111101 |

### MOTORES / ENGINE
CFM56-5B4/3

| | |
|---|---|
| Post 1. (Izquierdo / Left) | |
| Post 2. (Derecho / Right) | |

### APU

| | |
|---|---|
| APU Model APIC 3200 | P/N 4500001C |

### Trenes de Aterrizaje / Landing Gear

| | |
|---|---|
| Main landing gear LH | P/N 201581001 |
| Main landing gear RH | P/N 201581002 |
| Nose landing gear | P/N NA28008-015 |

### FLUIDOS / FLUID

| | |
|---|---|
| APU | Mobil Jet II |
| Starter | Mobil Jet II |
| Sistemas Hidráulicos / Hydraulic System | HYJET IV PLUS |
| Amortiguadores de trenes / Landing Gear Shock Absorber | AS PER MANUAL |

### NAVEGACIÓN / NAVIGATION

| Equipo / Equipment | Fabricante / Manufacture | Parte número / Part number |
|---|---|---|
| HF # 1 | Rockwell Collins | 822-0990-003 |

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 2 of 8 |

| | | |
|---|---|---|
| ADF # 1 | Honeywell | 066-50014-1202 |
| VHF # 1 / VHF # 2 / VHF # 3 | Honeywell | 965-1696-051 |
| VOR # 1 / VOR # 2 | Honeywell | 066-50012-1212 |
| DME # 1 / DME # 2 | Honeywell | 066-50013-1222 |
| RADAR # 1 / RADAR # 2 | Rockwell Collins | 822-1710-213 |
| MMR # 1 / MMR # 2 | Rockwell Collins | 822-1821-430 |
| TCAS | Honeywell | 940-0351-001 |
| EGPWS / TAWS | Honeywell | 965-1676-002 |
| FDR | L3 | 2100-4045-00 |
| CVR | L3 | 2100-1026-02 |

Nota: Para efecto de intercambiabilidad de componentes de navegación es necesario referirse al manual aplicable para cada tipo de avión.

Note: For purposes of navigation interchangeability of components is necessary to refer to the applicable manual for each aircraft type.

**MISCELANEOUS**

| | |
|---|---|
| MAXIMUM TAKEOFF GROSS WEIGHT (MTOW) | 78.000 kg (171.961 lb) |
| AIRCRAFT LENGTH | 37.57 m (123.26 ft) |
| AIRCRAFT HEIGHT | FWD CG 17% 11.98 m (39.30 ft) AFT CG 36.8% 11.83 m (38.81 ft) |
| AIRCRAFT WING SPAN | 35.80 m (117.45 ft) |
| CREW SEATS | 4 Cockpit (including crew) |

CARGO HOLDS CAPACITY

| | |
|---|---|
| Forward Cargo Compartment | 3.402 kg (7.500 lb) |
| Aft Cargo Compartment | 4.536 kg (10.000 lb) |
| Aft Cargo Compartment (bulk cargo) | 1.497 kg (3.300 lb) |

CARGO HOLDS VOLUME - USABLE

| | |
|---|---|
| Forward Cargo Compartment | 13.28 m³ (469 ft³) |
| Aft Cargo Compartment | 18.26 m³ (645 ft³) |
| Aft Cargo Compartment (bulk cargo) | 5.88 m³ (208 ft³) |

NOTA: El anterior documento es de referencia; para información especifica refierase a los manuales oficiales del avión.

NOTE: The above document is a reference, for specific information refers to the official manuals of the aircraft.

870 Research Drive, Suite #2, Palm Springs, CA 92262   Tel: 760-325-0067   Fax: 760-325-0433

EFGLLC000260

| ORIGINAL DATE | REVISION No. | REVISION DATE | PAGES |
|---|---|---|---|
| 08-Abril-2014 | ORIGINAL | 08-Abril-2014 | Page 3 of 8 |

**IFE**

IFE Vendor: Panasonic
System: Panasonic eX1
System Configuration:
- In-Seat Audio
- In-Seat Video (Backrest)
    - ECO monitor V1
    - Touchscreen
    - Ratio: 16:9
    - Size: 9"
- In-Seat Telephone
- In-Arm Video Display Unit (Row 1)
    - ECO monitor V1
    - Touchscreen
    - Ratio: 16:9
    - Size: 9"
- USB Port Included in Monitor
- PED Power Outlet
    - Under seat cushion between seats
    - Compliance with Brazilian Standard 10A