# EXHIBIT J
*filed under seal*