# EXHIBIT K

| | |
|---|---|
| **From:** | Scot Hinshaw |
| **To:** | McHugh, John |
| **Cc:** | King, Anthony |
| **Subject:** | RE: Eversource v. Fimrite |
| **Date:** | Thursday, July 16, 2020 9:51:07 AM |

John,

I believe I've said before that there are no separate returns for EFG America, LLC. Because it is an LLC and has a signed member (EF Global Corporation) it is disregarded for tax purposes and reported through its parent corporation. That's different from "consolidated." My understanding is that a consolidated return for tax purposes is when multiple corporations (not disregarded LLCs with a single member) are affiliated and reporting as one unit. Here's the IRS regulation on consolidated - https://www.law.cornell.edu/uscode/text/26/1501. Here's a helpful article on disregarded entities and their taxation - https://www.llcuniversity.com/irs/disregarded-entity-llc/.

I don't see depreciation from form 4562 being claimed on any of these returns (or any depreciation or amortization of costs).

Thanks,

Scot

**Scot A. Hinshaw**
Attorney at Law



Office: 419-517-9090 / Fax: 419-517-9091

*Also admitted in Illinois and Michigan.

---

**From:** McHugh, John <jmchugh@rplaw.com>
**Sent:** Wednesday, July 15, 2020 7:26 PM
**To:** Scot Hinshaw <hinshaw@nkh.law>
**Cc:** King, Anthony <aking@swlaw.com>
**Subject:** RE: Eversource v. Fimrite

Scot,

When we will be getting the tax returns for EFG America? All of these tax returns are marked non-consolidated. And where is Form 4562 for all years?

Thanks,

John

---

**From:** Scot Hinshaw <hinshaw@nkh.law>
**Sent:** Wednesday, July 15, 2020 4:01 PM
**To:** McHugh, John <jmchugh@rplaw.com>
**Cc:** King, Anthony <aking@swlaw.com>
**Subject:** Eversource v. Fimrite

John,

Attached you will find supplemental tax documents marked EFGLLC002897-2955. The 2019 tax return that I was waiting on is still not completed and evidently did not need to be filed as of today. Once completed, I will supplement. Please note these documents have been marked Confidential under the protective order in the case. Additionally, I'm still working on the revised initial privilege log.

Regards,

Scot

**Scot A. Hinshaw**
Attorney at Law



7150 Granite Circle
Suite 203
Toledo, Ohio 43617
Telephone: 419-517-9090
Facsimile: 419-517-9091

hinshaw@nkh.law
www.nkh.law

*Also admitted in Illinois and Michigan.

**IRS CIRCULAR 230 NOTICE:** We are required to advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties imposed under federal tax law.

**CONFIDENTIALITY NOTICE:** This transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, copy, or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message and then delete it from your system. Thank you.

This e-mail transmission contains information from the law firm of Reilly LLP which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.