# EXHIBIT L

| | |
|---|---|
| **From:** | Scot Hinshaw |
| **To:** | McHugh, John |
| **Cc:** | King, Anthony |
| **Subject:** | Eversource Capital v. Fimrite, et al. - Production Ordered by Court |
| **Date:** | Monday, November 23, 2020 4:23:18 PM |

John,

At this link and this link, you will find documents labeled EFGLLC004432-005129 in response to Document Request Nos. 15 (EFGLLC004432-5059) and 20 (EFGLLC005060-5129) of Plaintiff First Request for Production to Fimrite Entities. With regard to Document Request No. 8, Defendants previously resolved this issue with Eversource by its production on October 5, 2020 labeled EFGLLC004250-4406. With regard to Document Request No. 37, no responsive documents exist. As Gate has admitted, no cash was transferred in those instances. Thus, no bank records exist to show them. Defendant EF Global Corporation will produce amended tax return documents for 2015, 2016 and 2017 correcting the "cash" reference once completed.

Thanks,

Scot


**Scot A. Hinshaw**
Attorney at Law



7150 Granite Circle
Suite 203
Toledo, Ohio 43617
Telephone: 419-517-9090
Facsimile: 419-517-9091

hinshaw@nkh.law
www.nkh.law

*Also admitted in Illinois and Michigan.

**IRS CIRCULAR 230 NOTICE:** We are required to advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties imposed under federal tax law.

**CONFIDENTIALITY NOTICE:** This transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, copy, or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message and then delete it from your system. Thank you.