# EXHIBIT N
*filed under seal*