# EXHIBIT O

Scot A. Hinshaw (*pro hac vice*)
Niehaus Kalas Hinshaw Ltd.
7150 Granite Circle, Suite 203
Toledo, OH 43617
Phone: (419) 517-9090
Fax: (419) 517-9091
hinshaw@nwklaw.com

Christopher H. Bayley (010764)
Anthony King (027459)
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
Phone: 602.382.6214
cbayley@swlaw.com
aking@swlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eversource Capital, LP,<br><br>             Plaintiff,<br><br>     v.<br><br>Douglas Elroy Fimrite, *et al.*,<br><br>             Defendants. | No. 2: 18-cv-02583-DJH<br><br>**DEFENDANTS FIMRITE ENTITIES' OBJECTIONS AND RESPONSE TO PLAINTIFF'S SECOND SET OF DISCOVERY TO FIMRITE ENTITIES** |

    For their objections and responses to Plaintiff Eversource Capital LP's Second Set of Discovery to Defendants the Fimrite Entities (as defined therein), the Fimrite Entities provide the following objections and responses set forth herein.

    Although Plaintiff's discovery is addressed to the defined Fimrite Entities as a whole, all Fimrite Entities other than Douglas Elroy Fimrite and EFG America, LLC are the subjects of one or more motions to dismiss the claims against them (including, in the case of DFG Global AG, a motion to dismiss for lack of personal jurisdiction over such entity) currently pending before this Court. Such defendants object to Plaintiff's discovery requests as inappropriate and/or premature while the motions to dismiss remain

1  owed $8.1 million on its notes for the property.  The property and the equipment were
2  appraised in January 2014 with a fair market value of over $49 million.  Further
3  answering, see EFGLLC000919-1000.

5  **INTERROGATORY NO. 29**:  Provide an explanation for EFG America's claim that
6  EFG had "working capital to bridge until significant revenue commences in hand or in
7  secure pipeline" as claimed in Exhibit 17 to the Complaint and provide a list of all
8  documents the support said claim.
9  **RESPONSE**:  Fimrite Entities object to this Interrogatory to the extent it is overly broad
10 and seeks information neither relevant nor proportional to the needs of the case given the
11 lack of importance of this discovery in resolving any of the issues. Further, Fimrite
12 Entities object to this Interrogatory to the extent it seeks irrelevant information about
13 nonparties and issues not the subject of Plaintiff's causes of actions or Defendants'
14 defenses. Fimrite Entities further object to the extent this information is confidential and is
15 an impermissible fishing expedition by the affiliate of a competitor, both of which are
16 singularly managed.  Plaintiff's lawsuit is not a license to engage in a general audit of
17 Fimrite Entities' books and records.  Subject to and without waiving the foregoing
18 objections, Fimrite Entities state that EFG America had offered and received subscriptions
19 for Class A Royalty Units from investors.  The Private Placement Memorandum used to
20 obtain the subscriptions and the 2015 general ledger (EFGLLC000025-109) support this
21 information.

23 **INTERROGATORY. 30**:  Describe in detail the source of funds used to pay Mr. Li for
24 the technology under the 2012 contract.
25 **RESPONSE**: Fimrite Entities object to this Interrogatory to the extent it is overly broad
26 and seeks information neither relevant nor proportional to the needs of the case given the
27 lack of importance of this discovery in resolving any of the issues. Further, Fimrite
28 Entities object to this Interrogatory to the extent it seeks irrelevant information about

nonparties and issues not the subject of Plaintiff's causes of actions or Defendants' defenses. Fimrite Entities further object to the extent this information is confidential and is an impermissible fishing expedition by the affiliate of a competitor, both of which are singularly managed. Plaintiff's lawsuit is not a license to engage in a general audit of Fimrite Entities' books and records. Subject to and without waiving the foregoing objections, Fimrite Entities state ==the initial payment was from a loan by Doris Fimrite pursuant to a written agreement and funded by a mortgage on her residence.== The balance of the funds was payments by EFG America to its parent, Gate Corporation Limited, pursuant to license agreement and funded by the sale of royalty units.

**INTERROGATORY NO. 31**: Describe in detail Elroy Fimrite, or any companies owned or controlled in whole in or part by Elroy Fimrite, total investment in EFG, including all loans, Royalty Units or other investment, including the dates and amount of such investment and a list of any document or writing to support such investment and provide a list of documents that support said investment.

**RESPONSE**: Fimrite Entities object to this Interrogatory to the extent it is overly broad, unduly burdensome and seeks information neither relevant nor proportional to the needs of the case given the lack of importance of this discovery in resolving any of the issues. Further, Fimrite Entities object to this Interrogatory to the extent it seeks irrelevant information about nonparties and issues not the subject of Plaintiff's causes of actions or Defendants' defenses. Fimrite Entities further object to the extent this information is confidential and is an impermissible fishing expedition by the affiliate of a competitor, both of which are singularly managed. Plaintiff's lawsuit is not a license to engage in a general audit of Fimrite Entities' books and records. Fimrite Entities will not provide a list of all documents supporting the investment. Subject to and without waiving the foregoing objections, Fimrite Entities state that Mr. Fimrite and his affiliates have loaned and invested various amounts at different times. As of December 31, 2015, the total was $7,201,363.00, and as of December 31, 2016 was $7,625,165.00.

## VERIFICATION

I declare under penalty of perjury that the foregoing interrogatory responses are true and correct. Executed on the 18 day of March, 2019.

_____
D. Elroy Fimrite