# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eversource Capital, LP,<br><br>   Plaintiff,<br><br>v.<br><br>Douglas Elroy Fimrite, et al.,<br><br>   Defendants. | No. 2: 18-cv-02583-SMM<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR SANCTIONS FOR EFG DEFENDANTS' DISCOVERY MISREPRESENTATIONS** |

The Court, having reviewed Plaintiff Eversource Capital, LP's Motion for Sanctions for EFG Defendants' Discovery Misrepresentations, hereby GRANTS the motion.

The following sanctions are hereby imposed on the EFG Defendants:

1) Payment of Capital's reasonable fees and costs incurred in bringing the motion for sanctions;

2) A finding that the payments to Carey Holdings, Kokanee Mortgage, Ocean Park Ford and any other payments related to claimed loans from Doris Fimrite have no legitimate business purpose and are a misuse of EFG investor funds;

3) A finding that all claimed intercompany transfers from EFG to Texen Holdings, LLC, are transfers to Mr. Fimrite personally, with no legitimate business purpose and are a misuse of EFG investor funds;

4) Payment of Capital's reasonable fees and costs incurred in submitting the discovery dispute regarding Document Request No. 37 (Doc. 214);

5) Production of all documents, including accountant work papers, related to the claimed cash transfers from Gate Corporation to EF Global;

6) Production of all bank records for EFG America, including its "proxy" accounts in the name of D&H Sophie Brown and International Tejas;

7) Immediate production of amended tax returns for EF Global;

8) Complete responses to Interrogatories No. 6 and 14; and

9) To the extent items 5-8 are provided after the depositions of Elroy Fimrite, EFG America, EF Global and/or Gate Corporation, any such previously-deposed defendant will sit for an additional hour deposition at the EFG Defendants' expense.

Dated this __ day of January, 2021.

Honorable Stephen M. McNamee
District Court Judge